the partition. A complete answer to this argument is to be found in LSA–Civil Code, Article 1345 which provides:

"When the judge has ordered the partition, and regulated the manner in which it shall be made, as well as the collations, if the case require it, he shall refer the parties to the recorder of the parish or a notary appointed by him to continue the judicial partition to be made between them."

For the reasons assigned the judgment appealed from herein (No. 40,083) is affirmed at appellant's costs.

HAMITER, Justice.

For the reasons assigned in 222 La. 301, 62 So.2d 492, the judgment appealed from is affirmed at appellant's costs.

**62 So.2d 495**

**Succession of FIELDS.**

**No. 40662.**

Dec. 15, 1952.

**62 So.2d 494**

**Lucien LEAGER (LEGER) v. Lula LEAGER (LEGER).**

**No. 40756.**

Dec. 15, 1952.

Appeal from Fourteenth Judicial District Court, Parish of Calcasieu; Louis H. Yarrut, Judge.

Thos. Arthur Edwards, Lake Charles, for appellant.

Charles C. Jaubert and A. J. Resweber, Lake Charles, for appellee.